UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
:
:
:                              22 Civ. 9127 (LGS)
IN RE DITECH HOLDING CORPORATION, :
ET AL.                          :       ORDER
:
:
:
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 25, 2022, Appellants James Lapinski and Patricia Lapinski filed a notice of appeal from the bankruptcy court;

WHEREAS, the scheduling order dated November 16, 2022, stated that Appellants have thirty days after the docketing of notice that the record has been transmitted or is available electronically to file an opening memorandum of law;

WHEREAS, on November 22, 2022, the notice of record of appeal was published on the docket;

WHEREAS, Appellants did not file their opening memorandum of law by December 22, 2022.  It is hereby

**ORDERED** that by **January 13, 2023,** Appellants shall file their opening memorandum of law.  Failure to comply with this Order may lead to dismissal of this appeal.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Appellants.

Dated: December 27, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**