UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
                                                             :   22 Civ. 9127 (LGS)
IN RE DITECH HOLDING CORPORATION,                            :
ET AL.                                                       :   ORDER
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the pro se Appellants filed their opening memorandum of law on January 13, 2023, and an amended version on January 30, 2023;

  WHEREAS, the submissions suggest that Appellants have not received certain documents related to this action and request that they be mailed again.  Appellants also request leave to amend their opening memorandum of law by February 28, 2023 or, in the alternative, March 15, 2023.  It is hereby

  **ORDERED** that Appellees shall mail a copy of the Order dated November 16, 2022, at Dkt. No. 2, a copy of the counter-designation of items to be included in the record on appeal at Dkt. No. 4 and a copy of this Order to the pro se Appellants as soon as possible and no later than **February 14, 2023**.  Appellees shall file proof of service on the docket by the same.  It is further

  **ORDERED** that Appellants are granted leave to amend their opening memorandum of law by **February 28, 2023**.  No further extensions will be granted absent extraordinary circumstances.

Dated: February 10, 2023
   New York, New York

                        LORNA G. SCHOFIELD
                       UNITED STATES DISTRICT JUDGE