UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

DITECH HOLDING CORPORATION, et al.

22 **CIVIL** 9127 (LGS)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 08, 2023, the decision of the Bankruptcy Court is AFFIRMED. D. R. Horton's and Fannie Mae's motions under Rule 21 are DENIED as moot. Appellants' request at Dkt. No. 31 to receive copies of additional documents is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
September 11, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**